Order entered October 17, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00667-CR

### JOSE LUIS COVARRUBIAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00784-T**

## ORDER

The Court **GRANTS** appellant's October 2, 2012 motion to supplement the clerk's record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record within **FIFTEEN DAYS** from the date of this order that includes: 1) appellant's original motion to dismiss the indictment; 2) the supporting brief to the original motion to dismiss the indictment; 3) appellant's amended motion to dismiss the indictment; and 4) the State's responses to the motions.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk, and counsel for all parties.


 

 

CAROLYN WRIGHT
CHIEF JUSTICE